UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO.9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND AND DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINT,<br><br>      Petitioners,<br><br>  -against-<br><br>J & S INSTALLATION LLC,<br><br>      Respondent. | Case No. 24-cv-04145 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On May 30, 2024, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service. Confirmation proceedings for arbitration awards are "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

  ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by June 14, 2024. Respondent's opposition, if any, is due on July 8, 2024. Petitioners' reply, if any, is due on July 15, 2024.

  IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent and file an affidavit of service of this Order by June 15, 2024;

  IT IS FURTHER ORDERED that the Petitioners shall file their affidavit of service of the Complaint promptly.

Dated: May 31, 2024
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge