**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY INSURANCE FUND,
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY ANNUITY FUND, and
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-CIO,,

|  |  |
|---|---|
| Petitioners, | 24 **CIVIL** 4145 (JLR) |
| -against- | **JUDGMENT** |

J & S INSTALLATION LLC

Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 13, 2024, the Court grants Petitioners' unopposed Petition to confirm the Award. Judgment is entered in favor of Petitioners and against Respondent as follows: (a) The arbitration award dated January 30, 2024 is confirmed; (b) Respondent is ordered to pay Petitioners a total of $6,515.44 pursuant to the terms of the Award; (c) Respondent is ordered to pay Petitioners post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a); and (d) Respondent is ordered to pay Petitioners $3,080 in attorneys' fees and costs..

**Dated:**  New York, New York

August 14, 2024

**DANIEL ORTIZ**
**Acting Clerk of Court**

BY:

_____
**Deputy Clerk**